**Order entered December 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01410-CV

### IN RE KEVIN NEAL GLASPIE, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-57718-P**

## ORDER

Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want

of jurisdiction.

/s/    LANA MYERS
        JUSTICE